UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-61515-CIV-MORENO

PETER D. CRESCENZO,

    Plaintiff,

vs.

ALW SOURCING, LLC,

    Defendant.

_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (**D.E. 8**), filed **January 24, 2011**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record